D. HAUSER v. UNITED STATES

No. 6780.—Invoice dated London, England, June 4, 1946.
        Certified June 21, 1946.
        Entered at New York, N. Y., July 2, 1946.
        Entry No. 700674.

(Decided January 21, 1947)

*Siegel, Mandell & Davidson* for the plaintiff.
*Paul P. Rao,* Assistant Attorney General, for the defendant.

CLINE, Judge: This appeal for reappraisement has been submitted for decision upon the following stipulation of counsel for the parties hereto:
(Stipulation omitted.)
On the agreed facts I find the export value as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importer on entry because of advances by the appraiser in similar cases.
Judgment will be rendered accordingly.

ABERCROMBIE & FITCH CO. v. UNITED STATES

No. 6781.—Invoices dated Sheffield, England, December 29, 1941, etc.
        Certified December 30, 1941, etc.
        Entered at New York, N. Y., February 18, 1942, etc.
        Entry No. 739460, etc.

(Decided January 21, 1947)

*Lane & Wallace* and *Lane, Young & Fox* for the plaintiff.
*Paul P. Rao,* Assistant Attorney General, for the defendant.

LAWRENCE, Judge: It has been stipulated between the parties hereto that the issues herein relating to pewterware, etc., are the same in all material respects as those decided in *United States* v. *Wm. S. Pitcairn Corp.,* 33 C. C. P. A. (Customs) 183, C. A. D. 334, and that the record therein may be incorporated herein.
Upon the agreed facts I find the export value, as defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for determining the values of said merchandise, and that such values are the appraised values, less additions made by importer on entry because of advances by the appraiser in similar cases.
Judgment will be entered accordingly.